AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- OFFENSE CHARGED ---

21 U.S.C. § 844(a) - Simple Possession of a Controlled Substance (Two Counts)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT - U.S.

▶ DANIEL YOUNG

DISTRICT COURT NUMBER

**CR 07 0420**

PENALTY:
Maximum Prison Term 1 Year
Maximum Fine $100,000
Term of Supervised Release 1 Year
Mandatory Special Assessment $25

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 5/12/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

DEFENDANT, Daniel Young

PENALTY

Maximum Prison Term 1Year
Maximum Fine $100,000
Minimum Mandatory Fine $1,000
Term of Supervised Release 1 Year
Mandatory Special Assessment $25

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CR 07   0420**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: Title 21 U.S.C. § 844(a) - Possession of a Controlled Substance (Two Counts) |
| v. | |
| DANIEL YOUNG, | |
| Defendant. | SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 21 U.S.C. § 844(a) - Possession of a Controlled Substance - Psilocybin Mushrooms

On or about May 12, 2007, in the Northern District of California, within the boundaries of the Golden Gate National Recreation Area, the defendant,

DANIEL YOUNG,

did knowingly and intentionally possess a Schedule I controlled substance, to wit: psilocybin mushrooms, in violation of Title 21, United States Code, Section 844(a), a Class A Misdemeanor.

-2-

1  COUNT TWO: 21 U.S.C. § 844(a) - Possession of a Controlled Substance - Marijuana
2     On or about May 12, 2007, in the Northern District of California, within the boundaries of
3  the Golden Gate National Recreation Area, the defendant,
4                                   DANIEL YOUNG,
5  did knowingly and intentionally possess a Schedule I controlled substance, to wit: marijuana, in
6  violation of Title 21, United States Code, Section 844(a), a Class A Misdemeanor.

8  DATED: July 2, 2007                      SCOTT N. SCHOOLS
                                                      United States Attorney

                                                      IOANA PETROU
                                                     Chief, Major Crimes Division

(Approved as to form: _____)
                         WENDY THOMAS
                         Special Assistant United States Attorney

INFORMATION                                          -2-