SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0420 MAG |
| Plaintiff, ) | |
| v. ) | **DECLARATION OF CAITLIN S. BLYTHE IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| DANIEL YOUNG, ) | |
| Defendant. ) | |

I, Caitlin S. Blythe, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police and from reports and other documents provided to me by the Park Police.

2. On May 12, 2007, at approximately 7:22 p.m., Officer Mike Hardin ("Hardin") of the United States Park Police observed four individuals setting up a tent in an out-of-bounds camping area in the Marin Headlands, within the Golden Gate National Recreation Area. By the time Hardin neared the subjects to inform them that the area is not a designated camping area, they had withdrawn into the tent. Hardin was able to overhear snippets of their conversation. Based on what he overheard, Hardin became suspicious that the suspects were presently engaged

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0420 MAG

in illicit drug use.

3. Hardin made contact with the subjects and directed them to turn over any drugs in their possession. Daniel Young ("Young") handed Hardin a ziplock bag containing ground coffee and mushrooms. The total weight of the bag and its contents was 13.48 grams. The Drug Enforcement Administration's lab results indicate that the bag contained a net weight of 8.3 grams of psilocybin mushrooms. Young, identified by his North Carolina identification card, stated that the mushrooms were psilocybin, and also that he took them in order to "see colors."

4. Hardin then searched Young's external frame backpack. In the side pocket of Young's backpack, Hardin discovered a ziplock bag containing 14.67 grams of a green, leafy vegetable substance Hardin recognized by sight and smell as marijuana.

5. Hardin next searched a blue shoulder bag also belonging to Young. Within the shoulder bag, Hardin found four hand rolled cigarettes within commercially available plastic cigarette tubes. The cigarettes contained the same leafy substance Hardin recognized as marijuana. The total weight of the marijuana found in the shoulder bag was 2.25 grams. Hardin subsequently arrested Young.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed August 3, 2007, at San Francisco, California.

DATED:  8/3/07                    Respectfully submitted,

                                  SCOTT N. SCHOOLS
                                  United States Attorney


                                   / s /
                                  CAITLIN S. BLYTHE
                                  Law Clerk
                                  United States Attorney's Office