SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0420 MAG |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] **ORDER FOR SUMMONS** |
| DANIEL YOUNG, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Caitlin S. Blythe, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Daniel Young, 3303 S. Marion Street, Unit 3, Englewood, Colorado 80113, to appear on September 14, 2007, at 9:30 a.m. before Magistrate Judge Elizabeth Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: __August 7, 2007__        _____
                                 ELIZABETH D. LAPORTE
                                 United States Magistrate Judge

*[Stamp: IT IS SO ORDERED. Judge Elizabeth D. Laporte]*

ORDER FOR SUMMONS
Case No. CR 07-0420 MAG