SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0420 MAG |
|    Plaintiff, ) | |
| v. ) | **SECOND MOTION FOR SUMMONS** |
| DANIEL YOUNG, ) | |
|    Defendant. ) | |

   Based on the facts set forth in the Declaration of Jalyn Wang in Support of the United States' Second Motion for Summons, the United States hereby requests that the Court issue a Summons for defendant Daniel Young, 3303 S. Marion Street, Englewood, Colorado, 80113. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                          Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

Dated: 11/2/07                             /s/
                                          WENDY THOMAS
                                          Special Assistant United States Attorney