MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: Acadia.Senese@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL YOUNG, <br><br> Defendant. | Case No. CR 07-0420 EDL <br><br> **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information without prejudice.

DATED: _____

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
ACADIA L. SENESE
Special Assistant United States Attorney

Motion and [Proposed] Order to Dismiss Information
CR 07-0420

//

The Court hereby grants leave to dismiss the above Information without prejudice.

DATED: Sept 21, 2011

*[signature]*
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 07-0420